Argued and submitted April 29, convictions affirmed; sentences vacated; remanded for resentencing June 15, 2005

STATE OF OREGON,
*Respondent,*

*v.*

RIC CURTIS NEESE,
*Appellant.*

99C-52807; A110884

113 P3d 922

Rankin Johnson IV, Deputy Public Defender, argued the cause for appellant. With him on the corrected appellant's brief was David E. Groom, Public Defender. With him on the supplemental brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services. On the amended supplemental brief and reply brief was Ric C. Neese.

Robert Atkinson argued the cause for respondent. On the briefs were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Daniel J. Casey, Assistant Attorney General.

Before Linder, Presiding Judge, and Haselton* and Ortega, Judges.

PER CURIAM

Convictions affirmed; sentences vacated; remanded for resentencing. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005); ORS 138.222(5).

---

* Haselton, J., *vice* Richardson, S. J.